AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Calfornia__ on the following  X **Patents** or ☐ **Trademarks:**

| DOCKET NO.<br>CV 10-02037 PJH | DATE FILED<br>5/11/2010 | U.S. DISTRICT COURT<br>USDC, 1301 Clay Street, Suite 400S, Oakland, CA 94612 |
|---|---|---|
| **PLAINTIFF**<br>GENENTECH | | **DEFENDANT**<br>TRUSTEES OF UNIVERSITY OF PENNSYLVANIA |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | SEE ATTACHED | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

**In the above—entitled case, the following patent(s) have been included:**

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

**In the above—entitled case, the following decision has been rendered or judgement issued:**

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Valerie Kyono | DATE<br>May 13, 2010 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**